IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CAROLINE S. BARNETT,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **KIRK WATSON, et al.,** § <br> *Defendants.* § | NO. 1:25-CV-00357-ADA |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding the merits of Plaintiff Caroline S. Burnett's claims. Dkt. 7. The report recommends Barnett's cause of action be **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), and all pending motions in the case be **DENIED AS MOOT.** The Report and Recommendation was filed March 31, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections in the form of a letter on March 31, 2025. Dkt. 9. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to

the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 7, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Barnett's cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FINALLY ORDERED** that all pending motions in the case (Dkt. 3, Dkt. 5, Dkt. 6) are **DENIED AS MOOT.**

**SIGNED** on September 23, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE